UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Miguel A. Montañez-Delbrey, et al., | CASE NUMBER: 96-2023 (HL) |
| Wilfredo Padilla Santana, et al., | 96-2025 (HL) |
| Andres Perez Cosme, et al., | 96-2026 (HL) |
| Carlos Rivera Bonilla, et al., | 96-2028 (HL) |
| Pedro L. Figueroa Estrella, et al., | 96-2029 (HL) |
| Manuel Felix Fernandez, et al., | 96-2030 (HL) |
| Jose Enrique Cruz Lugo, et al., | 96-2031 (HL) |
| Jose Barrero Matos, et al., | 96-2032 (HL) |
| Jose V. Tapia Hiraldo, et al., | 96-2042 (HL) |
|     Plaintiffs, | |
| V. | |
| Pueblo International, Inc., | |
|     Defendant. | |

## MOTION

Date Filed: 9/1/99    Docket #30    [x] Plffs  [x] Defts
Title: Joint Motion Requesting Voluntary Dismissal with Prejudice
Opp'n Filed:    Docket #

## ORDER

The Court hereby approves the parties' settlement.

Date 9-3-99        HECTOR M. LAFFITTE
               Chief U.S. District Judge

Rec'd:        EOD:

By: 31 #

