9/3/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MIGUEL A. MONTANEZ-DELBREY, ET AL., | CASE NUMBER: 96-2023 (HL) |
| WILFREDO PADILLA SANTANA, ET AL., | 96-2025 (HL) |
| ANDRES PEREZ COSME, ET AL., | 96-2026 (HL) |
| CARLOS RIVERA BONILLA, ET AL., | 96-2028 (HL) |
| PEDRO L. FIGUEROA ESTRELLA, ET AL., | 96-2029 (HL) |
| MANUEL FELIX FERNANDEZ, ET AL., | 96-2030 (HL) |
| JOSE ENRIQUE CRUZ LUGO, ET AL., | 96-2031 (HL) |
| JOSE BARRERO MATOS, ET AL., | 96-2032 (HL) |
| JOSE V. TAPIA HIRALDO, ET AL., | 96-2042 (HL) |
| Plaintiffs, | |
| V. | |
| PUEBLO INTERNATIONAL, INC., | |
| Defendant. | |

RECEIVED & FILED 99 SEP -3 PM 2:11 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

## MOTION

Date Filed: 9/1/99     Docket # 30     [x] Plffs  [x] Defts
Title: Joint Motion Requesting Voluntary Dismissal with Prejudice
Opp'n Filed:     Docket #

## JUDGMENT

The Court having approved the parties' settlement stipulation, judgment is hereby entered dismissing the case with prejudice.

Date 9-3-99

HECTOR M. LAFFITTE
Chief United States District Judge

Rec'd:        EOD:

By: